# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| SCHNEIDER NATIONAL INC<br>P. O. Box 281496<br>Atlanta, GA 30384-1496 | Christmas Tree Shops LLC | 2/27/2023 | $29,990.97 | Services |
| SCHNEIDER NATIONAL INC<br>P. O. Box 281496<br>Atlanta, GA 30384-1496 | Christmas Tree Shops LLC | 3/9/2023 | $1,309.02 | Services |
| SCHNEIDER NATIONAL INC<br>P. O. Box 281496<br>Atlanta, GA 30384-1496 | Christmas Tree Shops LLC | 4/5/2023 | $25,000.00 | Services |
| **Total** | | | **$56,299.99** | |